| | | | |
|---|---|---|---|
| | AUSA: Jeremiah Smith | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: Ryan Thick | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Alize Wright

Case No. 2:25-mj-30637
Judge: Unassigned,
Filed: 10-10-2025 At 11:20 AM
CMP USA V. WRIGHT (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 9, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Ryan Thick_
Complainant's signature

Ryan Thick, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 10, 2025

_Elizabeth A. Stafford_
*Judge's signature*

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Ryan Thick, being first duly sworn, hereby state:

## **INTRODUCTION**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since November 2022. I have a bachelor's degree in criminal justice and a master's degree in business management and leadership. To become an ATF Special Agent, I completed 26 weeks of training, including the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. Throughout my law enforcement career, I have participated in numerous state and federal investigations into firearm and explosive offenses. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and recognition of common subject behavior.

2. While with ATF, I have investigated violent crimes, narcotics trafficking, and firearms related criminal violations. I have executed search and

arrest warrants, utilized confidential informants, performed interviews, analyzed data extracted from seized cellular devices, and engaged various surveillance techniques, including physical, electronic, and visual surveillance.

3. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

4. I am currently assigned to the Pontiac Gun Violence Task Force ("GVTF"). Additionally, I am a member of the ATF led Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan.

5. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

6.  The ATF is currently investigating Alize WRIGHT, (DOB: XX/XX/1998), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

## **PROBABLE CAUSE**

7.  On October 9, 2025, at approximately 1:42 a.m., Detroit Police Department (DPD) officers saw a 2005 Dodge Dakota traveling south on Hubbell Street in Detroit, with active smoke coming from the vehicle's engine block. DPD officers believed there was a mechanical problem with the vehicle. DPD pulled alongside the Dodge Dakota and attempted to speak with the driver. The driver put the vehicle in reverse, began to back up along Hubbell, but eventually stopped. At this juncture, DPD officers pulled behind the Dodge Dakota, activated their emergency lights, and exited their police car. Officers spoke to the sole occupant, who refused to identify himself multiple times. Eventually, the driver verbally identified himself as WRIGHT. A search of the Law Enforcement Information Network revealed that WRIGHT did not have a valid driver's license or a valid concealed pistol license.

8.  DPD then removed WRIGHT from the vehicle and placed him in the backseat of the patrol car. At this time, a DPD officer observed there to be a cracked opening on the drive side of the middle console. Through the opening, a DPD officer observed a grip of a firearm in the compartment. Subsequently, DPD opened the

middle console and found a stolen Ruger SR9 9mm pistol bearing serial number "33-56219" with an inserted magazine containing several live rounds of ammunition. WRIGHT was arrested and transported to the Detroit Detention Center.

9. ATF Special Agent Weston partially reviewed the DPD body worn camera footage that captured the interaction with WRIGHT. Special Agent Weston heard WRIGHT tell the officers that he was on "active probation." Additionally, Special Agent Weston noted that a DPD officer observed the firearm by illuminating the tinted front driver's side Dodge Dakota window with their flashlight. Special Agent Weston observed the DPD officer alert his partner who subsequently recovered the loaded firearm for the center console. When WRIGHT saw that DPD recovered a firearm from the Dodge Dokata, WRIGHT denied ownership and stated "you did not find that on my person."

10. A Computerized Criminal History shows WRIGHT has the following felony convictions:

   a. On October 6, 2023, WRIGHT pled guilty in Michigan's 3rd Circuit Court for Felony Weapons - Carrying Concealed and was sentenced to 2 years' probation.

   b. On November 29, 2023, WRIGHT was convicted in the Bulloch County Superior in Statesboro, GA, for felony Possession of Firearm or Knife During the Commission of or Attempt to Commit Certain

    Felonies and was sentenced to a maximum of 4 years and 4 months' incarceration.

    c. On September 11, 2025, WRIGHT pled guilty in Michigan's 3rd Circuit Court to Weapons - Firearms - Possession by Prohibited Person. WRIGHT has a scheduled sentencing on October 27, 2025.

11.   WRIGHT is a convicted felon and thus prohibited from possessing, purchasing, and manufacturing firearms and ammunition. Additionally, based on my training and experience, defendants are advised that they are pleading guilty to a felony and warned of the maximum penalty when they enter a plea of guilty to a felony. Based on the number of WRIGHT's convictions, the time he has spent incarcerated or under supervision because of those convictions, and the severity of those convictions, and his statements, there is probable cause to believe that WRIGHT is aware of his status as a convicted felon.

12.   On October 9, 2025, I provided a verbal description of the recovered firearm to Special Agent Kara Klupacs, an ATF Interstate Nexus Expert. Based upon the descriptions, Special Agent Klupacs advised that the firearm is a firearm, as defined under 18 U.S.C. § 921, and was manufactured outside of the state of Michigan after 1898, and therefore has traveled in and affected interstate commerce.

## **CONCLUSION**

13. There is probable cause to believe on October 9, 2025, within the Eastern District of Michigan, Alize WRIGHT knowingly committed violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

Respectfully submitted,

_____
Ryan Thick, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated:  October 10, 2025